1  H. Paul Efstratis, Esq. (SBN 242373)
   Paul.Efstratis@Leclairryan.Com
2  Kristina O. Lambert, Esq. (SBN 290403)
   Kristina.Lambert@Leclairryan.Com
3  LECLAIRRYAN, LLP
   44 Montgomery Street
4  Suite 3100
   San Francisco, CA 94104
5  TELEPHONE: 415.391.7111
   FAX: 415.391.8766
6

7  Attorneys for Defendant
   Ford Motor Company
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GLASS AND CHRISTOPHER GLASS, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. | No. 2:18-cv-00793-JAM-AC <br><br> Before the Hon. John A. Mendez <br><br><br> **ORDER GRANTING STAY PENDING DETERMINATION OF TRANSFER FOR COORDINATION WITH MULTIDISTRICT LITIGATION** |

Before the Court is ex parte application of defendant Ford Motor Company to stay proceedings until the Judicial Panel on Multidistrict Litigation (JPML) decides whether to transfer this action to the Central District of California for inclusion in *In re: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation*, MDL No. 2814 (the MDL).

///

///

///

///

1

Good cause appearing, the Court GRANTS defendant's ex parte application. This case is STAYED pending a final decision by the JPML whether to transfer this case for inclusion in the MDL. All filing deadlines and hearing dates are VACATED.

IT IS SO ORDERED.

Dated: April 27, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Judge